United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE GREGORIO MERENT LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00059 |
| | § | |
| U. S. HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**OPINION AND ORDER OF TRANSFER**

Petitioner Angelica J. Padron Andradez as next friend of JOSE GREGORIO MERENT LOPEZ, a federal prisoner currently housed by immigration authorities at the GEO Rio Grande Detention Center in Laredo, Texas, has filed this 28 U.S.C. § 2241 petition (D.E. 1) challenging Merent Lopez' detention by immigration officials. A habeas action may be filed either in the district where the petitioner is in custody or in the district in which the petitioner was convicted. 28 U.S.C. § 2241(d); *Wadsworth v. Johnson*, 235 F.3d 959 (5th Cir. 2000). Merent Lopez' place of incarceration is in the Laredo Division of the Southern District of Texas. 28 U.S.C. § 124(b)(3).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a), 1406(a). Specifically regarding a § 2241 petition, the district court where a petition is filed, in the exercise of its discretion and in furtherance of justice, may transfer the petition to the other eligible district court for

hearing and determination. 28 U.S.C. § 2241(d). Here, Merent Lopez' petition should have been filed in the Laredo Division of the Southern District of Texas.

In the exercise of discretion and to further the interests of justice, the Clerk is **DIRECTED** to transfer Merent Lopez' petition to the Laredo Division of the Southern District of Texas, where Merent Lopez is located. (See D.E. 1 at 1); 28 U.S.C. § 124(b)(3). Merent Lopez has raised claims regarding his detention by immigration officials, and although hearings on claims raised in a § 2241 petition are uncommon, should the court conclude that further development is necessary, the Laredo Division is the better venue to hear Merent Lopez' claims.

Accordingly, **IT IS ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Southern District of Texas, Laredo Division.

ORDERED on February 27, 2026.

Julie K. Hampton
United States Magistrate Judge